UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

Plaintiff

v.

HARRY SEYMORE JIMERSON

Defendant.

Case: 2:19-mj-30511
Judge: Unassigned,
Filed: 09-26-2019
USA v JIMERSON (MAW)

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant HARRY JIMERSON, to answer to charges pending in another federal district, and states:

1. On September 26, 2019, defendant was arrested/appeared voluntarily in the Eastern District Michigan in connection with a federal arrest warrant issued in the SOUTHERN District of FLORIDA based on a violation of supervised release. Defendant is charged in that district with violation of supervised release.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney

SARA WOODWARD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: 9-26-19